United States District Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

## United States District Court
### Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| JOSHUA BROWN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-01742 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| EQUIFAX INC, | § | |
| Defendant. | § | |

### Order Adopting
### Memorandum and Recommendation

Plaintiff Joshua Brown proceeds here *pro se*. He filed a complaint under the Fair Credit Reporting Act against Defendant Equifax, Inc, on March 14, 2024. Dkt 1-1. The matter was referred for disposition to Magistrate Judge Christina Bryan. Dkt 4.

Pending is a Memorandum and Recommendation by Judge Bryan dated September 17, 2024. Dkt 14. She recommends that this case be dismissed without prejudice for want of prosecution because, despite being ordered to file an Amended Complaint with the properly named defendant, Plaintiff has taken no steps to do so.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

This case is DISMISSED WITHOUT PREJUDICE. SO ORDERED.

Signed on October 10, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge